Tekur Dalga ANBESSA, f/k/a Jamie Lamont Miles, Plaintiff–Appellant,

v.

Robert F. McDONNELL, Governor, sued in his individual and official capacity; Harold Clarke, Director of VDOC, sued in his individual and official capacity; Gregory Holloway, Warden of Wallens Ridge State Prison, sued in his individual and official capacity, Defendants–Appellees.

No. 13–7845.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 28, 2014.

Tekur Dalga Anbessa, Appellant Pro Se.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tekur Dalga Anbessa seeks to appeal the magistrate judge's order denying without prejudice his motion for leave to file an amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Anbessa seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*